IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| MILADY AQUINO | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No.: 1:18-cv-05291 |
| | ) | |
| C.R. BARD, INC.; | ) | Honorable Thomas M. Durkin |
| BECTON, DICKINSON AND COMPANY; | ) | Magistrate Judge Maria Valdez |
| BOSTON SCIENTIFIC CORPORATION; | ) | |
| CAMBRIDGE POLYMER GROUP, INC.; | ) | |
| DHL EXPRESS (USA) INC.; | ) | |
| DHL FREIGHT USA INC.; | ) | |
| STANDARD FORWARDING LLC, A/K/A | ) | |
| DHL FREIGHT AND DHL GLOBAL | ) | |
| FORWARDING; RADIX GROUP | ) | |
| INTERNATIONAL, INC. D/B/A DHL | ) | |
| GLOBAL FORWARDING; STEPHEN | ) | |
| GOULD OF ILLINOIS, INC.; AND | ) | |
| STEPHEN GOULD CORPORATION, | ) | |
| | ) | |
| Defendants. | ) | |

**FEDERAL RULE 7.1 CORPORATE DISCLOSURE STATEMENT AND
LOCAL RULE 3.2 NOTIFICATION OF AFFILIATES**

Defendants DHL Express (USA), Inc., DHL Freight (USA) Inc., Standard Forwarding LLC, and Radix Group International Inc., by their undersigned counsel, and pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, and Rule 3.2 of the Local Rules of Procedure for the Northern District of Illinois, provide the following information:

**DHL Express (USA), Inc.,** is a wholly owned subsidiary of DPWN Holdings (USA), Inc. DPWN is a subsidiary of Deutsche Post Beteiligungen Holding GmbH which in turn, is a subsidiary of Deutsche Post AG, a company publicly traded in Germany on the DAX. Deutsche Post AG is not listed on any exchanges in the United States.

**DHL Freight (USA), Inc.** is a wholly owned subsidiary of DPWN Holdings (USA), Inc. DPWN is a subsidiary of Deutsche Post Beteiligungen Holding GmbH which in turn, is a subsidiary of Deutsche Post AG, a company publicly traded in Germany on the DAX. Deutsche Post AG is not listed on any exchanges in the United States.

**Standard Forwarding LLC** is wholly owned by DHL Freight (USA), Inc., a wholly owned subsidiary of DPWN Holdings (USA), Inc. DPWN is a subsidiary of Deutsche Post Beteiligungen Holding GmbH which in turn, is a subsidiary of Deutsche Post AG, a company publicly traded in Germany on the DAX. Deutsche Post AG is not listed on any exchanges in the United States.

**Radix Group International, Inc.** is a wholly owned subsidiary of DPWN Holdings (USA), Inc. DPWN is a subsidiary of Deutsche Post Beteiligungen Holding GmbH which in turn, is a subsidiary of Deutsche Post AG, a company publicly traded in Germany on the DAX. Deutsche Post AG is not listed on any exchanges in the United States.

Dated:  August 2, 2018       Respectfully submitted,

                                                     Hart McLaughlin & Eldridge, LLC

                                                     By:   /s/ Steven A. Hart
                                                           *One of the Attorneys for Defendants*
                                                           *DHL Express (USA), Inc.*
                                                           *DHL Freight (USA), Inc.*
                                                           *Standard Forwarding LLC*
                                                           *Radix Group International, Inc.*

Steven A. Hart
Brian Eldridge
John (Jack) B. Prior
Hart McLaughlin & Eldridge, LLC

22 W. Washington Street, Suite 1600
Chicago, IL 60602
312.955.0545
shart@hmelegal.com
beldridge@hmelegal.com
jprior@hmelegal.com

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on August 2, 2018, I electronically filed the **Federal Rule 7.1 Corporate Disclosure Statement and Local Rule 3.2 Notification of Affiliates** with the Clerk of the Court using the CM/ECF system.

By: /s/ Steven A. Hart
*One of the Attorneys for Defendants*
*DHL Express (USA), Inc.*
*DHL Freight (USA), Inc.*
*Standard Forwarding LLC*
*Radix Group International, Inc.*

Steven A. Hart
Brian Eldridge
John (Jack) B. Prior
Hart McLaughlin & Eldridge, LLC
22 W. Washington Street, Suite 1600
Chicago, IL 60602
312.955.0545
shart@hmelegal.com
beldridge@hmelegal.com
jprior@hmelegal.com

4